# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL 22 AM 6: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### U. S. A.  vs.  ULYSSES McCONNELL

Docket No. ____ 2:91CR20277-01

## Petition on Probation and Supervised Release

COMES NOW ___Willie S. Williams, Jr.___ , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Ulysses McConnell__ , who was placed on supervision by the Honorable _Robert M. McRae, Jr._ sitting in the Court at _Memphis, TN_ , on the 24th day of _September_ , 1992, who fixed the period of supervision at _four (4) years*_ , and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

\*   **Effective date of Supervision: April 8, 2005.**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
### (If short insert here; if lengthy write on separate sheet and attach)

Ulysses McConnell has a significant history of substance abuse problems. In order to allow the Probation Office to monitor for future drug use, a **Probation Form 49**, (Waiver of Hearing to Modify Conditions of Supervised Release), has been executed by Mr. McConnell.

**PRAYING THAT THE COURT WILL ORDER A MODIFICATION** of Mr. McConnell's Supervised Release conditions to require participation in substance abuse treatment and random drug screening as directed by the U.S. Probation Office.

### ORDER OF COURT

Considered and ordered this 21st day of _July_ , 2005 , and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Willie S. Williams, Jr.
Senior United States Probation Officer

Place: _Memphis, Tennessee_

Date: _July 11, 2005_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7-22-05_

55

PROB 49
(3/89)

# United States District Court

WESTERN _____ District ____ TENNESSEE _____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.   By ''assistance of counsel,'' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.   I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.   I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

        You shall participate in a program which may include inpatient
        therapy for treatment of drug/alcohol dependency.  You shall
        also abstain from the use of drugs/alcohol during and after the
        course of treatment.

Witness _____     Signed: _____
         U.S. Probation Officer            Probationer or Supervised Release

                7-08-05
                Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:91-CR-20277 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT